## SOUTHERN RAILWAY CO. v. JARVIS.

(Decided November 12, 1914.)

APPEAL from Shelby Circuit Court.

Heard before Hon. HUGH D. MERRILL.

PETTUS, FULLER & LAPSLEY, for appellant. BLACK & SADLER, and RIDDLE, ELLIS & RIDDLE, for appellee.

PELHAM, P. J.—Reversed and remanded on the authority of *So. Ry. v. Jarvis,* 11 Ala. App. 635; 66 South. 936.